# United States Court of Appeals for the Federal Circuit

---

January 2, 2018

**ERRATUM**

---

Appeal Nos. 2017-1499, 2017-1500, 2017-1558, 2017-1559

**ALLERGAN SALES, LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**SANDOZ, INC., ALCON LABORATORIES, INC.,
ALCON RESEARCH, LTD.,**
*Defendants-Appellants*

Decided:  December 22, 2017
Nonprecedential Opinion

---

Please make the following change:

On page 8, line 34, replace "titrate" with "tartrate."